

FOR THE SOUTHERN DISTRICT OF OHIO
IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION

| | | |
|---|---|---|
| ANIXTER, INC., a Delaware corporation | ) | No. C-1-02 517 |
| | ) | Beckwith |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CORDOVA ENHANCED FUND, LP, | ) | |
| a Georgia limited partnership, | ) | |
| ADAIR & ASSOCIATES, INC., | ) | |
| an Alabama corporation, | ) | |
| BILLYS, L.P., a Georgia limited partnership | ) | |
| and BARRY M. HEIDT, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Dana C. Matthews, Esq. and Daniel C. O'Rourke, Esq. of the law offices of Matthews & Hawkins, P.A., hereby gives Notice of Change of Address to Matthews & Hawkins, P.A., 4475 Legendary Drive, Destin, Florida 32541, effective October 6, 2003.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for petitioner and respondents with a copy of this **Notice of Change of Address** by depositing a copy of same in the United States first class mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

Daniel J. Donnellon, Esq.
Keating, Muething & Klekamp
1800 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6457 Fax

Carey K. Steffen
Ritter & Randolph, LLC
105 East Fourth Street, Suite 1200
Cincinnati, Ohio 45202

Lawrence S. Burnat
Nathan M. Wheat
Schreder, Wheeler & Flint, LLP
127 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30303-1845

Frederick J. Sperling
Paul E. Greenwalt
Schiff, Hardin & White
6600 Sears Tower
Chicago, Illinois 60606

This 21 day of October, 2003.

Dana C. Matthews
Trial Attorney
Florida Bar No. 385843
Daniel C. O'Rourke
Trial Attorney
Florida Bar No. 0049034
Attorneys for Respondent Barry M. Heidt
MATTHEWS & HAWKINS, P.A.
4475 Legendary Drive
Destin, Florida 32541
(850) 837-3662